990 So.2d 622 (2008)
Gary KOENIG and Superior Gem, Inc., Appellants,
v.
MABRODIAM INTERNATIONAL, N.V., Appellee.
No. 3D08-33.
District Court of Appeal of Florida, Third District.
September 3, 2008.
Levey, Filler, Rodriguez, Kelso & De Bianchi and John R. Kelso, Miami, for appellants.
Kluger, Peretz, Kaplan & Berlin, Philippe Lieberman, and Justin B. Kaplan, Miami, for appellee.
Before GERSTEN, C.J., and COPE and ROTHENBERG, JJ.
PER CURIAM.
Affirmed. See Flea Mkt, U.S.A., Inc. v. Cohen, 490 So.2d 210 (Fla. 3d DCA 1986).